COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:      Forrest Lake Townhouse Association, Inc. v. Billy  B.  Martin

Appellate case number:   01-14-00281-CV

Trial court case number:  2012-72008

Trial court:                      157th District Court of Harris County

On September 15, 2014, appellee Billy Martin filed an unopposed Motion to Reconsider Denial of Oral Argument. The motion is **granted**. Oral argument will be held on **Thursday, November 6, 2014**, at 10:30 a.m. An amended submission notice will be sent to the parties.


It is so ORDERED.


Judge's signature: __/s/ Harvey Brown_____
                        ⊗  Acting individually     ☐  Acting for the Court


Date:  October 16, 2014